ORIGINAL

FILED

05/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0114

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0114

FILED

MAY 0 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ORDER

MICHAEL PRESSEL,

Defendant and Appellee.

Appellant Michael Pressel appeals his felony conviction for Criminal Possession of Dangerous Drugs in the Eighteenth Judicial District Court, Gallatin County, Cause No. DC-20-59C. He asserts that the District Court erred in denying his motion to suppress evidence discovered pursuant to a warrantless search of his jacket that he had left on the passenger seat of a probationer's vehicle.

The State has filed a Notice of Concession. Although it maintains it does not agree with all the arguments advanced by Pressel, it concedes this Court should reverse Pressel's conviction and remand this matter to the District Court to vacate the judgment.

Having considered the Appellant's Opening Brief and the State's Notice of Concession, and good cause appearing,

IT IS HEREBY ORDERED that the District Court's October 30, 2020 Findings of Fact and Conclusions of Law and Order Denying Motion to Exclude and January 27, 2021 Sentencing Order in Cause No. DC-20-59C are REVERSED and the judgment is VACATED. This matter is remanded with instructions for the District Court to vacate Pressel's conviction in this case.

The Clerk of this Court is hereby respectfully ordered to serve copies of this order on counsel of record for both parties and the presiding judge of the District Court.

Dated this 3rd day of May, 2022.

_____

_____

_____

_____
Justices